**IMMEDIATE Request for 60 Day Stay on Further Proceedings**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
LONG ISLAND ROLLER REBELS,

                         Plaintiff,

    -against-

BRUCE BLAKEMAN in his official capacity as
NASSAU COUNTY EXECUTIVE, and COUNTY
OF NASSAU,

                        Defendants.
-------------------------------------------------------------------X

USDC Case No.:
_____
Removed from
Supreme Court of New York—County of
Nassau Index No.: 604254/2024

**NOTICE OF REMOVAL
OF STATE COURT PROCEEDING
TO U.S. DISTRICT COURT
with**
NOTICE OF RELATED CASE and
Constitutional Challenge [Rule 5.1]

TO:    THE UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

Defendants, BRUCE BLAKEMAN and COUNTY OF NASSAU, by their attorneys, John L. Hiller, Chief Deputy County Attorney, and Victoria LaGreca, Deputy County Attorney, respectfully state upon information and belief as follows:

1.    Upon information and belief, Plaintiff commenced a civil action in New York State Supreme Court, Nassau County, on March 11, 2024 by filing an Order to Show Cause, Petition, Affirmation in Support, and Exhibits (Ex. A).

2.    Upon information and belief, service of the documents upon the Defendants was made or attempted on March 14, 2024.

3. Pursuant to 28 U.S.C. §§ 1441, Defendants, BRUCE BLAKEMAN and COUNTY OF NASSAU, remove this action to the United States District Court in and for the Eastern District of New York, which is the proper forum for this action to be heard.

4. The ground for removal is that this action raises a federal question under 28 U.S.C. § 1331 and the claims and counterclaims alleged arise under the Constitution and laws of the United States.

5. This case is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

6. This case is related to the pending action in United States District Court, Eastern District of New York, under Case No. 2:24-cv-01655, because both cases concern Executive Order 2-2024, which prohibits transgender women (i.e. biological men) to compete on women's and girls' sports teams on Nassau County facilities. The Roller Rebels served the County of Nassau with their application for a preliminary injunction on March 14, 2024. The Roller Rebels claim Executive Order 2-2024 directly affects them because they have a transgender female athlete on their team who intends to participate in a roller derby at a Nassau County facility. Similarly, Attorney General James served the County of Nassau with a cease and desist letter, demanding that the Executive Order be rescinded within five business days. Both cases concern the legality of the Executive Order, the County Executive's right to enact such an order, and the impact upon the rights of women under the Federal Constitution, Title IX, and other Federal statutes.

7.    Pursuant to the requirements of 28 U.S.C. § 1446, this Notice of Removal is timely filed within thirty days of Defendants' first receipt of Plaintiff's Order to Show Cause, Petition, Affirmation in Support, and Exhibits.

8.    A copy of this Notice of Removal shall be promptly served upon Plaintiff's counsel and filed with the New York State Supreme Court, Nassau County, pursuant to 28 U.S.C. § 1446(d).

**WHEREFORE,** Defendants, BRUCE BLAKEMAN and COUNTY OF NASSAU, respectfully request that the instant action be removed to this Court from the New York State Supreme Court, Nassau County; that this Court accept jurisdiction of this action; and that this action be placed on the docket of this Court for all further proceedings as though it had been originally instituted in this Court.

Dated:  Mineola, New York
          April 11, 2024

**JOHN L. HILLER**
Chief Deputy County Attorney

By: *Victoria LaGreca*
   VICTORIA LAGRECA
   Deputy County Attorney
   *Attorney for the County Defendants*
   1 West St
   Mineola, NY 11501
   (516) 571- 5775

TO:

Gabriella Larios
Robert Hodgson
Molly K. Biklen
New York Civil Liberties Union Foundation
*Attorneys for the Plaintiff*
125 Broad Street, 19th Floor
New York, New York 10004
(212) 607-3300