UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LONG ISLAND ROLLER REBELS, <br><br> Plaintiff, <br><br> v. <br><br> BRUCE BLAKEMAN in his official capacity as NASSAU COUNTY EXECUTIVE, and COUNTY OF NASSAU, <br><br> Defendants. | Case No. 2:24-cv-02721 (ARR/LGD) |

**<u>PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND TO STATE COURT</u>**

PLEASE TAKE NOTICE, that upon the accompanying Memorandum of Law dated April 18, 2024, Plaintiff hereby moves this Court, pursuant to section 1447(c) of chapter 28 of the United States Code, for an order: (1) remanding this case back to New York State Supreme Court, Nassau County for further proceedings, and (2) ordering Defendants to pay Plaintiff's just costs and attorney's fees incurred as a result of its improper removal.

NEW YORK CIVIL LIBERTIES UNION
    FOUNDATION

Gabriella Larios
Robert Hodgson
Molly K. Biklen
125 Broad Street, 19th Floor
New York, N.Y. 10004
Tel: (212) 607-3300
glarios@nyclu.org
rhodgson@nyclu.org
mbiklen@nyclu.org

Dated: April 18, 2024
      New York, N.Y.

*Counsel for Plaintiff*