# EXHIBIT 1

# ROBERT HODGSON

**LEGAL EXPERIENCE**

**NEW YORK CIVIL LIBERTIES UNION**, New York, NY            **Nov. 2013 – Present**
*Assistant Legal Director, Feb. 2024 – Present; Director of LGBTQ Rights Litigation, Oct. 2022 – Present; Supervising Attorney, Oct. 2021 – Jan. 2024; Senior Staff Attorney, Sept. 2020 – Oct. 2021; Staff Attorney, Dec. 2015 – Aug. 2020; Skadden Fellow, Nov. 2013 – Nov. 2015; Legal Intern, May 2011 – Aug. 2011.*

As Assistant Legal Director, member of management team supervising the legal department of the New York State affiliate of the ACLU. Supervise and litigate all types of complex civil rights litigation in federal and state court. Argue motions and appeals, lead large case teams, and regularly oversee hearings and filings of complaints, motions, appeals, and briefs. Engage in organizational strategic planning, responses to national and state civil rights trends and challenges, and integrated advocacy campaigns. Supervise and support professional development of attorneys and others. Conduct trainings, hiring, and performance reviews.

As Director of LGBTQ Rights Litigation, lead the NYCLU's development and litigation of cases designed to further LGBTQ rights. Directly supervise litigation in state and federal court and administrative tribunals to enforce antidiscrimination statutes and constitutional provisions that protect LGBTQ people and to defend against laws, policies, and litigation designed to undermine LGBTQ rights. Liaise, co-counsel, and strategize with statewide and nationwide partners, including the ACLU LGBTQ & HIV Project. Lobby lawmakers, consult on legislative and regulatory language, develop public education material, respond to media requests, present at conferences. Regularly develop and present CLEs regarding the rights of LGBTQ people.

Additional areas of focus include government transparency, policing, and immigrants' rights. Supervise and lead statewide litigation project of approximately 15 cases and appeals seeking decades of formerly-confidential police disciplinary records from over a dozen jurisdictions.

**JUDGE DAVID O. CARTER**, Central District of California            **Oct. 2012 – Oct. 2013**
*Judicial Clerk.* Worked on all aspects of civil and criminal dockets clerking for federal district judge.

**HARVARD LEGAL AID BUREAU**, Cambridge, MA            **Aug. 2010 – June 2012**
*Student Attorney.* Represented indigent clients as lead counsel in family law and housing cases in Massachusetts state court. Developed and conducted trainings for new student attorneys and created know-your-rights materials for clients.

**TENANT ADVOCACY PROJECT**, Cambridge, MA            **Jan. 2010 – May 2012**
*Student Attorney.* Represented tenants facing eviction in Boston Housing Authority administrative proceedings. As member of intake committee, reviewed and screened intakes weekly for two academic years. Trained new advocates.

**LAMBDA LEGAL**, New York, NY                                          **June 2010 – Aug. 2010**
*Legal Intern.* Intern at impact litigation organization focusing on the rights of LGBTQ people. Researched and wrote legal memoranda regarding antidiscrimination statutes, marriage equality litigation, and the rights of people living with HIV. Drafted portions of briefs and other court documents. Screened intake line and provided advice, referrals, and follow-up.

## EDUCATION

**HARVARD LAW SCHOOL**, Cambridge, MA
J.D., June 2012

Honors:    Harvard Legal Aid Bureau; HLS Pro Bono Service Award; Summer Theory Institute Fellowship; GLBT Alumni Committee Fellowship.

**HARVARD COLLEGE**, Cambridge, MA
B.A., *magna cum laude* in Literature, June 2005

Honors:    John Harvard Scholar; Office for the Arts at Harvard Jonathan Levy Prize.

## PUBLICATIONS

Chapter: HIV/AIDS and Criminal Law, in *AIDS and the Law* (Crystal Bryant, ed., Wolters Kluwer) (annual editions since 2016).