# EXHIBIT 3

# MOLLY K. BIKLEN

## LEGAL EXPERIENCE

**New York Civil Liberties Union,** New York, NY                                    **Jan. 2020—Present**
*Deputy Legal Director*, Jan. 2020- Jan. 2024; *Associate Legal Director*, Feb. 2024-present. Co-manage the legal department of New York affiliate of ACLU. Directly supervise and litigate a wide range of civil rights and constitutional litigation in state and federal court including cases involving free speech and assembly, government transparency, police accountability, disability rights, education, reproductive justice, and criminal legal system reform. Argue motions and appeals and oversee hearings and filings of motions and briefs. Support professional development of attorneys and staff, and engage in hiring, training, performance reviews, and strategic planning. Present continuing legal education.

**Office of the Regional Solicitor, U.S. Department of Labor**, New York, NY          **May 2009—Dec. 2019**
*Wage and Hour Counsel, May 2015-Dec. 2019*
Supervised and managed Wage and Hour enforcement program of the Office of the Regional Solicitor, Region II with jurisdiction over New York, New Jersey, Puerto Rico, and the U.S. Virgin Islands. Managed a docket of 40 cases, 12 attorneys, and office litigation budget. Directly supervised litigation in federal district court and administrative tribunals to enforce federal wage and hour laws, including the Fair Labor Standards Act, Davis Bacon and Related Acts, Family Medical Leave Act, Migrant and Agricultural Seasonal Worker Protection Act, and the H and U visa programs. Edited and approved briefs, motions and press releases, appeared in federal court and conducted oral arguments. Provided advice and counsel to Wage and Hour offices and investigations. Trained attorneys and investigators on regulations and enforcement programs. Worked with Wage and Hour regional management to coordinate strategy and priorities.

*Senior Trial Attorney June 2014-May 2015; Trial Attorney, May 2009-May 2014*
Engaged in all aspects of litigation and trial practice on behalf of the Secretary of Labor to enforce worker protection laws, including the FLSA, DBRA, Employee Retirement Income Security Act, and the Occupational Safety and Health Act. Drafted and filed complaints, conducted discovery, took and defended depositions, participated in settlement negotiations and drafted judgments, filed briefs and motions, engaged in oral argument, and conducted hearings and trials. Conducted three-week jury trial in federal court. Advised Wage and Hour investigators on developing evidence, negotiations, settlements, compliance strategy, and enforcement. Recipient of Secretary's Exceptional Achievement Award for achievement in litigation.

**Urban Justice Center, Community Development Project,** New York, NY          **Sept. 2006—May 2009**
*Skadden Fellow*, 2006-2008; *Staff Attorney* 2008-2009. Represented low-wage immigrant workers seeking to enforce their workplace rights under federal and state law. Developed and litigated wage and hour, trafficking, and discrimination cases from intake to completion: drafted and filed complaints, conducted written discovery, took and defended depositions, drafted and filed motions, engaged in oral argument, and participated in mediation and settlement negotiations. Supported worker centers and community-based organizations in organizing, lobbying, and legislative advocacy campaigns, including giving testimony before New York State Legislature. Co-authored U.S. Supreme Court amicus brief on behalf of leading civil rights organizations in *Long Island Care at Home, Ltd. v. Coke*, a case involving the home companion exemption to the FLSA. Developed and conducted educational outreach and Know Your Rights presentations for workers in Spanish and English.

**Law Clerk, Hon. Sonia Sotomayor,** U.S. Court of Appeals, Second Circuit          **Aug. 2005–Aug. 2006**

**Law Clerk, Hon. Lewis A. Kaplan**, U.S. District Court, Southern District of New York          **Aug. 2004–Aug. 2005**

**Morningside Heights Legal Services: Prisoners & Families Clinic**                    **Jan.–May 2004**
Developed and conducted workshops for inmates in men's and women's correctional facilities on family law topics such as termination of parental rights, the Adoption and Safe Families Act, foster care, and visitation for non-custodial parents.  Represented a client in parole appeal.

**Intern, Brennan Center for Justice**, New York, NY                                   **May–Aug. 2003**
Researched and wrote legal memoranda on *parens patriae* standing, *Salerno* rule for facial challenges, state opt-out of the lifetime welfare ban, barriers to employment for ex-offenders, living wage laws, and state and federal preemption issues for possible local worker-protection legislation. Drafted policy paper on the Census count of prisoners and its impact on urban communities. Interviewed plaintiffs in Spanish for voting rights case.

**Intern, National Employment Law Project**, New York, NY                             **June–Dec. 2002**
Researched and wrote legal memoranda on rights of immigrant workers, state and federal minimum wage coverage for day laborers and home health care workers, and the regulation of temporary employment agencies. Drafted motion to compel discovery in state court unpaid wage litigation. Performed intake in employment law clinic.

**Unemployment Action Center—Columbia**, New York, NY                                 **Oct. 2001–May 2004**
*Co-chair of Columbia chapter, 2002-03. Advocate and board member of city-wide UAC, Inc. 2002-2004.* Represented clients at hearings before administrative law judges to determine eligibility for unemployment insurance benefits.   Assisted in fundraising for organization and trained new advocates.

# EDUCATION

**Columbia Law School,** New York, NY
Juris Doctor, May 2004

Honors:        Wilfred Feinberg Prize for Federal Courts; Class of 1912 Prize for Contracts
               James Kent Scholar, 2002–04; Harlan Fiske Stone Scholar, 2001–02
               Hamilton Fellow (full tuition scholarship)
               Charles Evans Hughes Fellow; Charles H. Revson Fellow, Summer 2003

Publication:   Note, *Healthcare in the Home: Reexamining the Companionship Services Exemption to the Fair Labor Standards Act*, 35 Colum. Hum. Rts. L. Rev. 113 (2003).

**Wesleyan University**, Middletown, CT
Bachelor of Arts with high honors in history, May 2000

Honors:        Phi Beta Kappa; Dutcher Prize for best thesis in history; Meyer Prize in United States history; Davenport Grant Award for research.

# ADMISSIONS
New York, 2005
United States District Court, Southern District of New York, 2006
United States District Court, Eastern District of New York, 2006
United States District Court, Northern District of New York, 2009

# OTHER SKILLS
Highly proficient in Spanish