# EXHIBIT 4

Case 2:24-cv-02721-ARR-LGD   Document 13-5   Filed 05/16/24   Page 1 of 2 PageID #: 641

# Roller Rebels remand hours

| Person | Date | Description | Hours |
|---|---|---|---|
| Molly Biklen | | | |
| | 4/12/2024 | Meeting with Bobby and Gaby re removal, state case | 0.50 |
| | 4/12/2024 | Review draft email to Nassau County counsel and make edits | 0.30 |
| | 4/17/2024 | Review draft remand MOL and make edits re same | 0.60 |
| | 4/30/2024 | Edit email re fees and research EDNY fee amounts | 0.30 |
| | | **Molly Biklen Total:** | **1.70** |