# EXHIBIT 5

# GABRIELLA LARIOS
glarios@nyclu.org | 212-607-3354

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW,** New York, NY
Juris Doctorate, received May 2020
Honors: Dean's Scholarship – *partial tuition merit-based scholarship*
Activities: ***Review of Law and Social Change***, Staff Editor; **Women of Color Collective (WoCC)**, Co-Chair*;* **Coalition on Law and Representation (CoLR)**, Leadership Collective Member; **OUTLaw**, Member*;* **Latino Law Students Association (LaLSA)**, Member

**UNIVERSITY OF FLORIDA,** Gainesville, FL
B.A. in Women's Studies and Political Science, *cum laude,* April 2017

## EXPERIENCE

**NEW YORK CIVIL LIBERTIES UNION,** New York, NY
*Staff Attorney,* October 2022-Present
*Equal Justice Works Fellow,* October 2020-October 2022
Drafting complaints, research memos, sections of briefs, motions, public comments, advocacy letters, declarations, and other documents in ongoing federal and state court litigation and advocacy efforts on a variety of reproductive justice, LGBTQ rights, religion, and health care issues. Leading NYS Division of Human Rights litigation and advocacy. Co-authoring amicus briefs in state and federal courts. Conducting fact-gathering and plaintiff outreach for case development. Engaging in policy advocacy and community education to intervene in religious hospital mergers. Co-facilitating, organizing, and/or participating in a number of NYCLU working groups, committees, and affinity groups.

**NYU LAW LGBTQ RIGHTS EXTERNSHIP, IMMIGRATION EQUALITY** New York, NY
*Extern,* January 2020-April 2020
Drafted parole requests for LGBTQ asylum seekers. Conducted research on country conditions for LGBTQ people. Updated Immigration Equality's comprehensive Asylum Manual. Communicated with clients and others to support cases.

**NYU LAW REPRODUCTIVE JUSTICE CLINIC & ADVANCED REPRODUCTIVE JUSTICE CLINIC,** New York, NY
*Research Assistant,* August 2019-April 2020
Conducted legal research on affirmative public health litigation and the Adoption and Safe Families Act. Supported the Clinic's ongoing fieldwork projects through legal research and memorandum writing.

*Student Advocate,* August 2018-May 2019
Investigated discriminatory enforcement of municipal nuisance ordinances against domestic violence survivors and low-income communities of color in collaboration with ACLU Women's Rights Project and NYCLU. Analyzed over 18,000 pages of FOIL responses. Engaged in statutory interpretation and argument. Drafted memoranda analyzing potential challenges to the ordinance based in New York State Law. Developed presentations and op-ed.

**HOUSING LAW EXTERNSHIP, THE LEGAL AID SOCIETY**, Queens, NY
*Extern*, August 2019-December 2020
Assisted in direct representation of low-income clients in Housing Court. Interviewed clients, prepared motions and affidavits, argued motions before judges, prepared witnesses and evidence for trial. Participated in housing legal clinics in Queens.

**NEW YORK CIVIL LIBERTIES UNION,** New York, NY
*Summer Legal Intern,* May 2019-August 2019
Researched and wrote memoranda on ICE detainers, limits on authority of sheriffs, terror watch lists, conflicts between anti-discrimination laws and free speech, and bona fide occupational qualifications. Tracked habeas cases in the Second Circuit. Conducted policy research on state agencies and non-binary gender identity documents. Drafted advocacy letters. Continued past work on challenging discriminatory nuisance ordinance enforcement.

**LATINOJUSTICE PRLDEF,** New York, NY
*Summer Legal Intern,* June 2018-August 2018
Researched and wrote memoranda on legal issues including immigration detainers, police brutality, disparate treatment of seasonal workers, and ending jail contracts with ICE. Prepared litigation update memoranda on family separation and immigration cases. Conducted intakes and drafted declarations in English and Spanish. Participated in workshops, trainings, and advocacy efforts on a range on civil rights issues. Drafted advocacy letters.

| BAR ADMISSIONS | LANGUAGES |
|---|---|
| New York State; Second Circuit Court of Appeals; N.D.N.Y; S.D.N.Y.; E.D.N.Y.; W.D.N.Y. | Fluent in Spanish. |