# EXHIBIT 6



# Roller Rebels remand hours

| Person | Date | Comment | Hours |
|---|---|---|---|
| Gabriella Larios | | | |
| | 4/11/2024 | Meeting w/ MB, BH, CD re removal | 1.20 |
| | 4/12/2024 | Calls to Nassau county attorneys re notice of removal | 0.30 |
| | 4/12/2024 | Review notice of removal, civil cover sheet, magistrate judge assignment | 0.30 |
| | 4/12/2024 | Draft remand motion and research re same | 0.90 |
| | 4/12/2024 | Research on motions to remand | 0.50 |
| | 4/12/2024 | Draft letter to magistrate judge re case relatedness | 0.60 |
| | 4/12/2024 | Call with BH re removal next steps and comms | 0.10 |
| | 4/12/2024 | Meeting with MB and BH re letter to court, email to opposing counsel, next steps re removal | 0.80 |
| | 4/12/2024 | Calls with BH re removal/related strategy, attempts to call clerk's office | 1.40 |
| | 4/15/2024 | Research Westlaw re Judge Ross remand decisions | 0.40 |
| | 4/15/2024 | Draft motion to remand and related caselaw research | 2.90 |
| | 4/15/2024 | Edits to letter to Judge Ross re opposing case relation and file letter on ECF | 0.50 |
| | 4/15/2024 | Meeting with BH re motion to remand, letter to Judge Ross | 0.30 |
| | 4/16/2024 | Review BH comments/feedback on motion to remand | 0.40 |
| | 4/16/2024 | Meeting with BH re motion to remand, OA prep | 0.30 |
| | 4/16/2024 | Draft motion to remand (all sections) | 2.30 |
| | 4/16/2024 | Research on attorney's fees awards under 1447(c), Rule 11 | 1.10 |
| | 4/17/2024 | Implement BH feedback to motion for remand | 1.80 |
| | 4/17/2024 | Draft notice of motion to remand | 0.20 |
| | 4/17/2024 | Additional edits to remand MOL, cite check MOL | 0.90 |
| | 4/17/2024 | Additional edits to remand NOM and MOL | 0.40 |
| | 4/17/2024 | Implement MB feedback to motion for remand | 0.40 |
| | 4/17/2024 | Review EDNY rules re motions | 0.20 |
| | 4/18/2024 | Finalize motion to remand and MOL, additional edits | 0.60 |
| | 4/18/2024 | Call with AC to file motion to remand | 0.20 |
| | 4/18/2024 | review ECF court scheduling order re motion to remand | 0.10 |
| | 4/18/2024 | Final review of Judge Ross and EDNY rules | 0.20 |
| | 4/18/2024 | Draft email update to PW team re motion to remand | 0.10 |
| | 4/22/2024 | Draft remand reply template | 0.10 |
| | 4/22/2024 | Review Defs letter re removal | 0.10 |
| | 4/22/2024 | Chat with BH via teams re Defs removal letter | 0.20 |
| | 4/22/2024 | Check EDNY & Judge Ross rules for reply-specific rules | 0.10 |
| | 4/22/2024 | Draft motion to remand reply (all sections) | 1.10 |
| | 4/22/2024 | Research on related cases as basis for removal jurisdiction | 0.30 |
| | 4/23/2024 | Final edits to reply MOL, finalize for filing | 0.40 |
| | 4/23/2024 | File reply motion to remand on ECF | 0.20 |
| | 4/23/2024 | Draft remand reply MOL | 0.60 |

| Date | Description | Hours |
|---|---|---|
| 4/23/2024 | Meeting with BH re remand reply, next step post-remand | 0.30 |
| 4/25/2024 | Review ECF 11 order to remand | 0.20 |
| 4/30/2024 | Review attorney's fees hours logged 4/10-4/26 for remand fees request, removed duplicates and inconsistencies | 1.20 |
| 5/8/2024 | Draft email to Call to V. LaGreca and S. Ali re fees, requesting response | 0.10 |
| 5/8/2024 | Call to V. LaGreca and S. Ali re fees (left VM, no response) | 0.10 |
| | **Gabriella Larios Total:** | **24.40** |