UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LONG ISLAND ROLLER REBELS,

         *Plaintiff*,

    -against-

BRUCE BLAKEMAN in his official capacity as NASSAU
COUNTY EXECUTIVE, and COUNTY OF NASSAU,

         *Defendants*.

24-CV-2721 (ARR) (LGD)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

OPINION & ORDER

ROSS, United States District Judge:

    I have received the Report and Recommendation dated October 24, 2024, from the Honorable Lee G. Dunst. ECF No. 16. No objections have been filed. Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's motion to recover costs incurred "as a result of the removal," 28 U.S.C. § 1447(c), is granted. Plaintiff is awarded $11,183.95 for attorney's fees and costs associated with litigating the motion to remand. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

         /s/
         Allyne R. Ross
         United States District Judge

Dated:      November 8, 2024
           Brooklyn, New York